UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14014-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**EDIL ANTONIO REYES-GALDAMEZ,**

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 30]. On November 20, 2024, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 26] during which Defendant pled guilty to the sole Count of the Indictment [ECF No. 3] pursuant to a written factual proffer [ECF No. 27]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 3]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 30] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Edil Antonio Reyes-Galdamez** as to the sole Count of the Indictment is **ACCEPTED**.

CASE NO. 24-14014-CR-CANNON

3. Defendant **Edil Antonio Reyes-Galdamez** is adjudicated guilty of the sole Count of the Indictment, which charges him with, illegal reentry after removal or deportation, in violation of Title 18 U.S.C. § 1326(a) [ECF No. 3].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of January 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record